Eric M. Haley
Bankruptcy Trustee
Chapter 7 Bankruptcy Trustee
P.O. Box 13390
Scottsdale, AZ 85267
(602) 218-5136

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| COSNER, MELISSA E | ) | CASE NO. 2:14-bk-18814-MCW |
| | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

Eric M. Haley, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 300001 | 06/10/15 | MELISSA E COSNER 19227 N 54TH LN GLENDALE, AZ 85308-4947 | $10.36 |

*February 8, 2016*          */s/ Eric M. Haley*
　　DATE　　　　　　　　　　　　　Eric M. Haley, Trustee